No. 18-31159
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

TARSIA WILLIAMS; BRECK WILLIAMS,

Plaintiffs-Appellants,

v.

TAYLOR-SEIDENBACH, INCORPORATED,

Defendant-Appellee

**Consolidated for argument with 18-31161**

TARSIA WILLIAMS; BRECK WILLIAMS,

Plaintiffs-Appellants,

v.

MCCARTY CORPORATION,

Defendant-Appellee

---

On Appeal from the United States District Court
for the Eastern District of Louisiana, Civ A. No. 2:09-CV-65

---

**MOTION OF LOCKHEED MARTIN CORPORATION
FOR LEAVE TO FILE REPLY *AMICUS CURIAE* BRIEF
IN SUPPORT OF APPELLEES AND DISMISSAL**

---

DEUTSCH KERRIGAN LLP
DAVID K. GROOME, JR. (NO. 22788)
755 Magazine Street
New Orleans, Louisiana 70130
Phone: (504) 581-5141
Fax: (504) 566-1201

GLAZIER YEE LLP
Guy P. Glazier, CA SBN 162628
Brian T. Clark, CA SBN 184003
235 Montgomery Street, Suite 1003
San Francisco, California 94104
Phone: (415) 356-1100
Fax: (415) 356-1105

Attorneys for *Amicus Curiae* Lockheed Martin Corporation

## MOTION FOR LEAVE TO FILE REPLY *AMICUS CURIAE* BRIEF

Pursuant to Fed. R. App. P. 29(a)(7), Lockheed Martin Corporation ("Lockheed Martin") respectfully moves this Court for leave to file the attached reply brief as *amicus curiae* in response to "Appellants' Reply To Lockheed Martin's Amicus Curiae Brief," which Appellants filed on January 29, 2020. In support, Lockheed Martin states as follows:

On January 17, 2020, this Court granted Lockheed Martin's motion to file an amicus brief in this matter, and concurrently allowed Appellants to file a response to Lockheed Martin's amicus brief. Appellants' response brief asserts multiple new arguments not previously asserted in their Supplemental En Banc brief. In particular, Appellants now argue that:

- The jurisdictional principles announced in *Ryan v. Occidental Petroleum Corp.*, 577 F.2d 298 (5th Cir. 1978) are inapplicable to multi-defendant lawsuits;

- This Circuit's decision in *Marshall v. Kan. City S. Ry.*, 378 F.3d 495 (5th Cir. 2004) authorizes appellate courts to consider a litigant's subjective intent in determining the prejudicial effect of a voluntary dismissal order;

- Voluntary dismissals under Fed. R. Civ. P. 41(a)(1) have a different jurisdictional effect than voluntary dismissals under Fed. R. Civ. P. 41(a)(2);

1

- This Circuit's decision in *Swope v. Columbian Chems. Co.*, 281 F.3d 185 (5th Cir. 2002) permits a plaintiff to seek a Fed. R. Civ. P. 54(b) certification of partial judgments after the plaintiff has dismissed voluntarily all remaining claims.

Lockheed Martin had no prior opportunity to respond to these new arguments asserted for the first time in Plaintiffs' response brief, and therefore seeks leave to file the ten-page reply brief submitted concurrently herewith.

In accordance with Fifth Circuit Rule 27.4, Lockheed Martin contacted counsel for Appellants and Appellees regarding this motion. Appellees consent to the filing of the proposed reply amicus brief. Appellants oppose the proposed filing.

For the foregoing reasons, Lockheed Martin respectfully requests that the Court grant it leave to file the proposed reply amicus brief. A copy of the proposed brief is attached hereto as **Exhibit 1**.

Dated: February 19, 2020             GLAZIER YEE LLP

By: */s/ Brian T. Clark*
          Brian T. Clark

Attorneys for Amicus Curiae
Lockheed Martin Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2020, an electronic copy of the foregoing Motion Of Lockheed Martin Corporation For Leave To File Reply *Amicus Curiae* Brief In Support Of Appellees And Dismissal was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service was accomplished by the appellate CM/ECF system upon all counsel of record via the ECF at the same time and on the same day.

                                          By:  */s/ Brian T. Clark*
                                                  Brian T. Clark

## **CERTIFICATE OF COMPLIANCE**

The undersigned, counsel for Lockheed Martin Corporation, certifies that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 332 words, as determined by Microsoft Office Word 2016 word processing software.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in Times New Roman (14-point for text and 12-point for footnotes).

Dated:  February 19, 2020          GLAZIER YEE LLP

                                   By: */s/ Brian T. Clark*
                                         Brian T. Clark

                                   Attorneys for *Amicus Curiae*
                                   Lockheed Martin Corporation