IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-31159
_____

TARSIA WILLIAMS; BRECK WILLIAMS,

    Plaintiffs - Appellants

v.

TAYLOR SEIDENBACH, INCORPORATED,

    Defendant - Appellee

********************************************************************************************

Consolidated with 18-31161

TARSIA WILLIAMS; BRECK WILLIAMS,

    Plaintiffs - Appellants

v.

MCCARTY CORPORATION,

    Defendant - Appellee

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R :

IT IS ORDERED that the opposed motion of Amicus Curiae Lockheed Martin Corporation to file a response in support of appellees is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT